# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** November 28, 2023

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **GREEN, Shaneka**
**Case No.: 5:17-CR-49-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On March 7, 2018, Shaneka Green was convicted of Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin. Ms. Green appeared in United States District Court for the Eastern District of North Carolina and received 87 months imprisonment, followed by 3 years of supervised release. She began supervision on May 26, 2022.

Ms. Green has performed satisfactorily on supervision. She has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since July 2022. All drug screens have been negative. Ms. Green is also gainfully employed and has satisfied all her monetary obligations. Her term of supervision is set to expire on May 25, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination as the defendant has completed at least half of her supervision term. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.

☐ I disagree with the recommendation. I will reconsider in one year.

☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.


Terrence W. Boyle
United States District Judge

11-29-23
Date

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                                          **Crim. No. 5:17-CR-49-1BO**

**SHANEKA GREEN**

On May 26, 2022, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: November 28, 2023

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _29_ day of _November_, 2023.

Terrence W. Boyle
United States District Judge