IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-49-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANEKA GREEN | ) | |

This cause comes before the Court on defendant's motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A). [DE 79]. Since the filing of her motion for compassionate release, defendant has been released from imprisonment and her term of supervised release has been terminated. [DE 93].

The Fourth Circuit has held that motions for compassionate release are moot when the movant has been released. *See United States v. Anderson*, No. 22-7300, 2023 WL 2625625, at *1 (4th Cir. Mar. 24, 2023); *United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, at *1 (4th Cir. July 26, 2023). The Court, therefore, DENIES defendant's motion for compassionate release [DE 79] WITHOUT PREJUDICE as MOOT.

SO ORDERED, this 5 day of June 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE